IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02192-WYD

DYLAN FRACASSE,

    Plaintiff,

v.

ABLAZE ENERGY, a Colorado limited liability company,

    Defendant.

---

### AFFIDAVIT OF SERVICE

---

I declare under oath that I am 18 years or older and not a party to the action and that I served Complaint, Summons, Consent to Jurisdiction by Magistrate Judge, and Civil Case Cover Sheet on the Defendant in Boulder County, Colorado on 10/15/2015 at 5:38 PM at the following location: 621 Smoky Hills Lane, Erie, Colorado 80516.

By identifying the documents, offering to deliver them to a person identified to me as Ablaze Energy CEO Justin Pentalute, who refused service, and then leaving the documents in a conspicuous place.

Pentalute answered the door at 621 Smoky Hills Lane, and I identified the documents and asked if he was Pentalute. He then identified himself as Daniel Constenius and stated he was house sitting for Pentalute, who would be back in about a week. I left the residence and drove several blocks away where I stopped and looked up Pentalute on Facebook. Photos of Pentalute on social media were of the same man who answered the door. When he answered the door, he was not wearing a shirt, and I could see a tattoo on his upper arm and an armband tattoo around his bicep. Photos of Pentalute on social media also showed these tattoos. I then used Pentalute's friends list on Facebook to look up Daniel Constenius. Photos of Constenius looked nothing like the man who answered the door. Constenius also has a very large "half-sleeve" tattoo on his upper arm that was not present on the man who answered the door. I concluded that the man who answered the door was in fact Justin Pentalute and returned to 621 Smoky Hills Lane. There was no answer at the door, and I drove a small distance away from the residence to wait to try again. I then saw Justin Pentalute on a run and returning to his residence. I met him at his driveway, and explained to him that I looked up a photo of Pentalute. He then remarked, "Yeah, we look a lot alike." I told him that I also looked up a photo of Constenius, and he began to walk away quickly. I told him that I know that he is Pentalute, and that I would leave the documents there for him on his doorstep. He continued to walk away and entered his back yard through a side gate. I left the documents on his doorstep, took photos, and left the area.





Social media photograph of Justin Pentalute including armband tattoo.



Social media photograph of Daniel Constenius

I have charged the following fees for my services in this matter:

☒ Private process server

☐ Sheriff, _____ County
Fee $ _____ Mileage $ _____

## VERIFICATION AND ACKNOWLEDGMENT

I, Jake Barber, swear/affirm under oath, and under penalty of perjury, that I have read the foregoing *AFFIDAVIT OF SERVICE* and that the statements set forth therein are true and correct to the best of my knowledge.

_____Jake Barber_____
Signature

Subscribed and affirmed, or sworn to before me in the County of ___Adams___, State of ___Colorado___, this ___10th___ day of ___October___, 20 _15_. My Commission Expires: __06/12/2017__

_____
Notary Public

ERIC T. HAMILTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20094016541
My Commission Expires June 12, 2017