#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02192-NYW

**DYLAN FRACCASSE,**

    Plaintiff

v.

**ABLAZE ENERGY**, a Colorado limited liability company,

    Defendant

---

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

    Plaintiff, Dylan Fracasse ("Fracasse") by his attorneys, Bachus & Schanker, LLC, respectfully moves the Clerk of the Court for Entry of Default pursuant to Fed.R.Civ.P. 55(a), and as grounds therefore states as follows:

    1. On October 2, 2015, Fracasse filed his Complaint against Defendant Ablaze Energy ("Ablaze"). (Doc. 1).

    2. Fracasse served Ablaze with the summons and Complaint on December 16, 2015, pursuant to Fed. R. Civ. P. 4. (Doc. 7).

    3. Ablaze has not filed an answer or Rule 12 motion as of deadline, and to the best of Fracasse's information and belief has not made any attempt to serve Fracasse with an answer or Rule 12 motion.

    4. The defendant Ablaze Energy is therefore in default.

    WHEREFORE, Plaintiff Dylan Fracasse respectfully requests that the Clerk of the Court enter the defendant's default pursuant to Fed.R.Civ.P. 55(a).

    Respectfully submitted,

    *s/ Sara A. Green*
    Sara A. Green
    Bachus & Schanker, LLC
    1899 Wynkoop Street, Suite 700
    Denver, CO 80202
    303-893-9800