**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-02192-WJM-NYW

DYLAN FRACASSE,

    Plaintiff,

v.

ABLAZE ENERGY, a Colorado limited liability company,

    Defendant.

---

## DEFAULT JUDGMENT

---

    Pursuant to in accordance with Fed. R. Civ. P. 55(b) and the Order Granting Plaintiff's Motion For Entry of Default Judgment, entered by the Honorable William J. Martínez, United States District Judge, on July 1, 2016, it is

    ORDERED that Plaintiff's Motion for Default Judgment (ECF No. 19) is GRANTED.  Default Judgment is entered in favor of Plaintiff Dylan Fracasse and against Defendant Ablaze Energy in the amount of $30,698.75.  Plaintiff shall receive attorneys' fees in the amount of $4,170.00.

    IT IS FURTHER ORDERED that post-judgment interest is awarded at the statutory rate until paid.

    IT IS FURTHER ORDERED that Plaintiff is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Default Judgment.

    Dated at Denver, Colorado this 5th day of July, 2016.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk